UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TRAVIS MORGAN and MALINA GOMEZ,<br><br>                        Plaintiffs,<br><br>v.<br><br>SANDRA HALL, in her individual and representative capacity, as trustee of the Cuyamaca Mountain Trust Dated 04-26-02; W.K.S. FROSTY CORPORATION, a California Corporation; and DOES 1 – 10,<br><br>                        Defendants. | Case No.: 3:19-cv-01348-JAH-KSC<br><br>**ORDER MODIFYING MANDATORY SETTLEMENT CONFERENCE TO BE TELEPHONIC AND ISSUING UPDATED PROCEDURES** |
|---|---|

     A Mandatory Settlement Conference ("MSC") has been scheduled in this matter for *<u>July 30, 2020 at 2:00 p.m.</u>*  The Order setting the MSC [Doc. No. 25] required personal attendance in chambers of all parties, party representatives, including claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation. Due to the ongoing COVID-19 public emergency the Court **MODIFIES** the MSC to be **telephonic** for all attendees. To facilitate this modification, the Court hereby **ORDERS** as follows:

     1.    Counsel and party representatives **with full settlement authority** for each party must be **immediately available by telephone** between the hours of *<u>2:00 p.m. to 5:00 p.m.</u>* on *<u>July 30, 2020</u>*.  All participants shall be prepared to devote their full

attention to this proceeding as if they were attending in person, *e.g.*, attendees cannot be driving while speaking to the Court.

2. On **_July 30, 2020_** at **_2:00 p.m._** counsel and party representatives must call the Court's teleconference line at 1-877-873-8017, enter the access code 2924630 (if prompted for a security code, press "*").  The Court will initially confer jointly with counsel and the parties.  The Court will then initiate separate, confidential calls with plaintiffs and defendants, respectively.  To this end, each party must provide the Court with a single phone number to use to initiate these calls.  The telephone number provided for a party must be one the Court can use to reach both counsel and the party representative(s), who must be already conferenced on one line and ready to engage in settlement discussions.  **_No later than July 27, 2020_**, counsel must e-mail the Court at efile_crawford@casd.uscourts.gov to provide a preferred phone number for the separate, confidential MSC discussions, and any other necessary call-in information for the Court (*i.e.,* conference line passcodes).

3. As set forth in the Court's prior Order, confidential MSC statements of no more than 5 pages must be emailed to efile_crawford@casd.uscourts.gov by **_July 23, 2020_**.

4. Failure to appear at the MSC or obtain a proper excusal will be considered grounds for sanctions.

**IT IS SO ORDERED.**

Dated: July 22, 2020

Hon. Karen S. Crawford
United States Magistrate Judge