1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

8
9

| | |
|---|---|
| TRAVIS MORGAN and MALINA GOMEZ, | Case No.: 19cv1348-JAH (KSC) |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION [Doc. No. 31]** |
| v. | |
| SANDRA HALL, an individual and representative capacity as trustee of the Cuyamaca Mountain Trust dated 04-26-02; and WKS FROSTY Corporation, a California Corporation and Does 1-10, | |
| Defendants. | |

10
11
12
13
14
15
16
17
18

19    Pending before the Court is Defendants Sandra Hall and WKS Frosty Corporation
20  (collectively "Defendants") motion to dismiss Plaintiffs Travis Morgan and Malina
21  Gomez's (collectively "Plaintiffs") complaint for lack of subject matter jurisdiction. *See*
22  Doc. No. 31. Plaintiffs filed a non-opposition response to Defendants' motion. *See* Doc.
23  Nos. 33. Having carefully considered the pleadings, the Court hereby **GRANTS**
24  Defendants' motion to dismiss.

25  ///
26  ///
27  ///
28  ///

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to dismiss for lack of subject matter jurisdiction is **GRANTED**, and Plaintiffs' Complaint is **DISMISSED**.

**IT IS SO ORDERED.**

DATED: September 15, 2020

_____
Hon. John A. Houston
United States District Judge